# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LISA FITZSIMMONS** | Civil Action |
| versus | File No. 2:17-CV-2919 |
| **CAPITAL ONE, N.A.** | Judge Nannette Jolivette Brown |
| | Magistrate Judge Karen Wells Roby |

## ORDER

Considering the Stipulation of Dismissal With Prejudice filed herein,

IT IS ORDERED that this action, with all claims which were made in it or which could have been made in it, is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

New Orleans, Louisiana, this 22nd day of August, 2018.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**